# Court of Appeals
# of the State of Georgia

ATLANTA,  October 16, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0415. EUTHA DORSEY v. BYUNG KIM.

This case originated as a dispossessory action in magistrate court. The magistrate court issued a writ of possession and judgment in favor of Byung Kim, and Eutha Dorsey appealed to state court. The state court also entered judgment in favor of Kim, and Dorsey filed this direct appeal. We lack jurisdiction.

When a state court ruling involves a de novo appeal from a magistrate court decision, the appellant is required to follow the discretionary appeals procedure. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995); *Handler v. Hulsey*, 199 Ga. App. 751, 751-753 (406 SE2d 225) (1991). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Dorsey failed to follow the proper appellate procedure, her appeal must be dismissed. See *Strachan*, 216 Ga. App. at 82.

Furthermore, even if Dorsey was entitled to a direct appeal, under OCGA § 44-7-56 (b) (1) appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. In this case, the state court's judgment was entered

on December 2, 2022, and Dorsey filed her notice of appeal on December 12, 2022, ten days later. Accordingly, the appeal is also untimely.

   For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   10/16/2023*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*